1  **WO**

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9  United States of America,            )    CR 09-00737-55-PHX-DKD
                                        )
10              Plaintiff,              )
                                        )    **DETENTION  ORDER**
11  vs.                                 )
                                        )
12  Dawn Standing Elk,                  )
                                        )
13              Defendant.              )
                                        )
14  _____     )

15      A detention hearing and a preliminary revocation hearing on the Petition on Probation

16  were held on September 21, 2011.

17      **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

18  voluntarily waived her right to a preliminary revocation hearing and has consented to the

19  issue of detention being made based upon the allegations in the Petition.

20      **THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden

21  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22  she is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d

23  1529 (9th Cir. 1994).

24  //

25  //

26  //

27  //

28

1      **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2 court.

3      DATED this 22nd day of September, 2011.

Lawrence O. Anderson
United States Magistrate Judge